UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JASON THOMAS ARMSTRONG                          CIVIL ACTION

VERSUS                                          NO. 06-573

TERREBONNE PARISH SHERIFF, ET AL.               SECTION "J" (2)

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation (Rec. Doc. 17), and plaintiff's generalized objection (Rec. Doc. 19), hereby approves the Report and Recommendation and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1).

New Orleans, Louisiana, this __6th__ day of June, 2006.

*[signature]*
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE